Name and address

Michael Treman (SBN 63039)
30 N. Santa Ynez # B
PO Box 42059
Santa Barbara, CA 93140

Tel. (805) 962-6544

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 05-807-DSF |
| v. | |
| JOSEPH CHENG, | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

JOSEPH CHENG    ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __MICHAEL TREMAN__
                                                    *New Attorney*
as attorney of record in place and stead of __DARLENE RICKER__
                                              *Present Attorney*

Dated __3/29/06__

_____
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __3/15/06__

_____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated __3/29/06__

_____
*Signature of New Attorney*

__63039__
*State Bar Number*

DOCKETED ON CM
APR - 4 2006
BY _____ 171

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G–01 (03/06)     REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

228

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF SANTA BARBARA

    I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 30 N. Santa Ynez #B, P.O. Box 42059, Santa Barbara, California 93140.

    On March 29, 2006 I served a true and correct copy of the attached:

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

on the parties in said action by:

    \_\_\_\_\_personally delivering it to the person(s) indicated below:

    \_\_\_\_\_faxed copy to: AUSA at
                  USPO at

    \_\_\_\_\_deposited it in the United States mail in a sealed envelope with postage thereon fully prepaid to the following:

AUSA Mark R. Aveis
AUSA Bonnie L. Hobbs
Office of the US Attorney
1500 United States Courthouse
312 N. Spring Street
Los Angeles, CA 92501

    I declare, under penalty of perjury that the foregoing is true and correct.

    Executed on March 29, 2006, at Santa Barbra, California

*/s/ Michael J. Treman*
Michael J. Treman

Page